AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

**APPEARANCE**

Case Number: _filed in open court 1/20/05 UBR_

To the Clerk of this court and all parties of record:  _Initial Appearance and bail purposes only_

Enter my appearance as counsel in this case for

_John Montoni_

I certify that I am admitted to practice in this court.

_1/20/05_
Date

_[signature]_
Signature

_Neil F. Paige_     _55688_
Print Name           Bar Number

_265 Broadway_
Address

_Methuen_     _MA_      _01844_
City          State     Zip Code

_(978) 691-8600_     _(978) 688-2850_
Phone Number         Fax Number