AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF **MASSACHUSETTS**

UNITED STATES OF AMERICA

v.

JOHN F. MONTONI

**WARRANT FOR ARREST**

CASE NUMBER: 05 CR 10010 NMG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JOHN F. MONTONI__
                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
mail fraud, wire fraud, health care fraud, conspiracy, money laundering, and money laundering conspiracy 18

*RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2005 JAN 14 PM 4 49*

in violation of Title __18__ United States Code, Section(s) __1341, 1343, 1347, 371, 1956__

__Catherine M. Gawlik__
Name of Issuing Officer

__Supervisor__
Title of Issuing Officer

__Catherine M. Gawlik__
Signature of Issuing Officer

__1-14-05  Boston__
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

WARRANT EXECUTED BY FBI ARREST/ARRAIGNMENT OF THE DEFENDANT ON 1/20/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.