AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF _Massachusetts_

## APPEARANCE

Case Number: _CR05-10010_ ~~BBT~~

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for _John Montani_

I certify that I am admitted to practice in this court.

| | |
|---|---|
| Date _2/9/05_ | Signature _Neil F. Faigel_ |
| | Print Name _NEIL F. FAIGEL_    Bar Number _551658_ |
| FILED In Open Court USDC, Mass. Date _2/9/05_ By _Deputy Clerk_ | Address _265 Broadway_ |
| | City _Methuen_   State _MA_   Zip Code _01844_ |
| | Phone Number _(978) 651-7600_   Fax Number _(978) 685-2850_ |
| | email _attyfaigel@comcast.net_ |