UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>JOHN MONTONI, et al., | CR. NO. 05 - 10010 |

### MOTION TO MODIFY TRAVEL CONDITIONS

Now comes the defendant, John Montoni, in the above – captioned matter and respectfully requests that this Honorable Court modify his conditions of travel so that may accompany his son, Shane, to a football camp at Milford Academy, New Berlin, NY between the dates of May 7, 2005 and May 10, 2005. Pretrial case supervisor September – Lee Brown has previously been notified and has no opposition to this motion.

                                            Respectfully submitted,
                                            John Montoni,
                                            By his attorney,

                                            /s/_Neil F. Faigel_____
                                            Neil F. Faigel
                                            BBO NO. 551688
                                            265 Broadway
                                            Methuen, MA 01844
                                            (978) 681 – 9600
                                            attyfaigel@comcast.net

Date: April 13, 2005