UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| . <br> UNITED STATES OF AMERICA <br><br> V. <br><br> JOHN MONTONI, et al., | CR. NO. 05 - 10010 |

## UNOPPOSED MOTION TO MODIFY TRAVEL CONDITIONS

     Now comes the defendant, John Montoni, in the above – captioned matter and respectfully requests that this Honorable Court modify his conditions of travel so that may accompany his son, Shane, to a football camp at Milford Academy, New Berlin, NY between the dates of July 8, 2005 and July 10, 2005. Pretrial case supervisor September – Lee Brown and AUSA William Weinreb have no opposition to this motion.

                                   Respectfully submitted,
                                   John Montoni,
                                   By his attorney,


                                 _____
                                 Neil F. Faigel
                                 BBO NO. 551688
                                 265 Broadway
                                 Methuen, MA 01844
                                 (978) 681 – 9600

Date: June 29, 2005