UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>JOHN MONTONI, et al., | CR. NO. 05 - 10010 |

## UNOPPOSED MOTION TO MODIFY TRAVEL CONDITIONS

     Now comes the defendant, John Montoni, in the above – captioned matter and respectfully requests that this Honorable Court modify his conditions of travel so that may accompany his son, Shane, to a football camp at Milford Academy, New Berlin, NY between the dates of July 8, 2005 and July 10, 2005. Pretrial case supervisor September – Lee Brown and AUSA William Weinreb have no opposition to this motion.

                                        Respectfully submitted,
                                        John Montoni,
                                        By his attorney,


                                        _____/s/Neil F. Faigel____
                                        Neil F. Faigel
                                        BBO NO. 551688
                                        265 Broadway
                                        Methuen, MA 01844
                                        (978) 681 – 9600

Date: June 29, 2005