UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 05 - 10010 |
| V. | |
| JOHN MONTONI, et al., | |

**MOTION TO MODIFY TRAVEL CONDITIONS**

      Now comes the defendant, John Montoni, in the above – captioned matter and respectfully requests that this Honorable Court permanently modify his conditions of travel so that may accompany his son, Shane, to a football camp at Milford Academy, New Berlin, New York. Pretrial case supervisor September – Lee Brown has been notified and has no opposition to this motion.

      Respectfully submitted,
      John Montoni,
      By his attorney,


      __/s/ Neil F. Faigel_____
      Neil F. Faigel
      BBO NO. 551688
      265 Broadway
      Methuen, MA 01844
      (978) 681 – 9600

Date: July 14, 2005