```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

**UNITED STATES OF AMERICA** )
                             )
     v.                        )   Criminal No. 05-10010-NMG
                             )
                             )
**IGOR MOYSEYEV et al.,**    )
        Defendants   )

### ASSENTED-TO MOTION FOR ORDER OF EXCLUDABLE DELAY

    The United States of America, by and through its undersigned counsel, with the assent of all four defendants, hereby requests that the Court enter an Order of Excludable Delay in this case for the period from April 12, 2005 through October 25, 2005, pursuant to 18 U.S.C. § 3161(h), for the reasons set forth herein.

    1.  At the initial status conference on April 11, 2005, the parties agreed that the government, to facilitate defense counsel's review of the documentary evidence, would scan the documents into an electronic, searchable database and produce a copy of the database to each defendant. The Court scheduled an interim status conference for June 16, 2005, so that the government could report on its progress, and the parties agreed to exclude the period from April 12, 2005 through June 16, 2005, from the Speedy Trial Act calculations.

    2.  At the interim status conference on June 16, 2005, the government reported that it had scanned (and produced in electronic form) roughly half of the documents and was in the

process of scanning the remainder.  At the parties' request, the Court scheduled a further status conference for August 9, 2005, and the parties agreed to exclude the period from June 17, 2005, through August 9, 2005, from the Speedy Trial Act calculations.

    3.   At the further status conference on August 9, 2005, the government reported that it had finished scanning the documents and had produced a computerized database of the documents to all defendants.  Defense counsel requested time to review the documents and determine the need for filing discovery and/or dispositive motions.  The Court scheduled a further status conference for October 25, 2005, and the parties agreed to exclude the period from August 10, 2005, through October 25, 2005, from the Speedy Trial Act calculations.

    4.   Accordingly, the government now respectfully requests that the Court enter a written Order that the period from April 12, 2005 through October 25, 2005, be excluded from the Speedy Trial Act calculations pursuant to 18 U.S.C. § 3161(h)(8)(A), on the ground that the ends of justice served by allowing the parties sufficient time to produce and review discovery and to consider the need for discovery and dispositive motions outweigh the best interests of the public and the defendant in a speedy trial.

    5.   The government is authorized to state that all four defendants, through their respective counsel, assent to this motion.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney


                             By:   <u>/s/ William Weinreb</u>
                                        WILLIAM D. WEINREB
                                        Assistant U.S. Attorney


Dated: October 25, 2005