UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 05 - 10010 |
| V. | |
| JOHN MONTONI, et al., | |

## MOTION FOR THE PRODUCTION OF STATEMENTS OF CO - DEFENDANTS

Now comes the defendant, John Montoni, in the above – captioned matter and respectfully requests that this Honorable Court Order the production of any and all statements made by or attributed to the co – defendants, Igor Moyseyev, David Tamaren and Severen Yelaun. As grounds therefore, the defendant states:

1. The discovery of said statements is necessary in order for the Defendant to determine whether he will move for severance pursuant to Fed. R. Crim. P.14. See, Bruton v. U.S., 391 U.S. 123 (1968).

2. The evidence sought is potentially exculpatory in nature and should be produced pursuant to Brady v. Maryland, 373 U.S. 83 (1963). See also, Giglio v. U.S., 415 U.S. 150 (1972) and U.S. v. Agurs, 427 U.S. 97 (1976).

Respectfully submitted,
John Montoni,
By his attorney,

/s/   Neil F. Faigel
Neil F. Faigel
BBO NO. 551688
265 Broadway
Methuen, MA 01844
(978) 681 – 9600

Date: December 14, 2005