UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>JOHN MONTONI, et al., | CR. NO. 05 - 10010 |

**ASSENTED TO MOTION TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS**

    Now comes the defendant, John Montoni, in the above – captioned matter and respectfully requests that this Honorable Court extend the deadline by which dispositive motion shall be file to February 21, 2006.

                                         Respectfully submitted,
                                         John Montoni,
                                         By his attorney,


                                         /s/   Neil F. Faigel_____
                                         Neil F. Faigel
                                         BBO NO. 551688
                                         265 Broadway
                                         Methuen, MA 01844
                                         (978) 681 – 9600

Date: February 9, 2006